UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO                                    CASE NO.  1:23-cv-24194-DPG

    Plaintiff,

vs.

COOPER'S HAWK FLORIDA, LLC.

    Defendant,

_____/

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

    Plaintiff Arantza Castro, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

*###*